UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re CINDY L. HOWE,                              Case No. 1-21-10295-clb

               Debtor.                 Chapter 7

-----------------------------------------------------------------X    **ORDER GRANTING**
LONG ISLAND MINIMALLY                             **MOTION FOR DEFAULT**
INVASIVE SURGERY, P.C.,                           **JUDGMENT**
d/b/a NEW YORK BARIATRIC
GROUP,                                            Adv. Proc. No. 8-21-1021-clb
           Plaintiff-Creditor,

     -against-

CINDY L. HOWE,

          Defendant-Debtor.
-----------------------------------------------------------------X

The above named plaintiff commenced this adversary proceeding, on June 7, 2021,

against the above named defendant, seeking a non-dischargeable judgment in the amount

of $92,917.28 with interest from September 14, 2006 at New York's statutory rate of 9%

per annum; the Summons and Adversary Complaint were served upon the defendant on

June 7, 2021; the defendant failed to answer the Complaint or otherwise move with

respect to the Complaint; the plaintiff filed and served the instant motion pursuant to

Federal Rule of Civil Procedure 55, as incorporated by Federal Rule of Bankruptcy

Procedure 7055, seeking entry of a default judgment against defendant, CINDY L.

HOWE (the "Motion"); the Court having thrice given the defendant leave to file an

Answer to cure her default herein and no Answer having been filed herein; and the Court

having determined after due deliberation that sufficient cause exists to grant the Motion

and that the plaintiff is entitled to the relief sought in the Motion, it is hereby

ORDERED, that the Motion for judgment on default is hereby granted without prejudice to the defendant to later move to vacate her default upon submission of the appropriate motion and documents annexed thereto.

ORDERED, that the Clerk of the Court is to enter a Non-Dischargeable Judgment in favor of plaintiff and against the defendant-debtor for the sum of $92,917.28 with interest from September 14, 2006 at New York's statutory rate of 9% per annum.

Dated: ~~Central Islip~~ *Buffalo*, New York
~~February 14, 2022~~
*April 26, 2022*

ENTER:

_____
Hon. Carl L. Bucki
United States Bankruptcy Judge

F I L E D

APR 2 6 2022

BANKRUPTCY COURT
BUFFALO, NY

2